# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **MICHAEL CARDORA ROBERSON,** § § § | | |
| **Plaintiff,** § § | | |
| v. § | **CIVIL ACTION NO. 6:18-CV-00465-RAS** | |
| § **KENNETH A. MCCANN, FNU SMITH, BETO UNIT; FNU WARREN, BETO UNIT; JOHN DOE 1, JOHN DOE 2, TERRY W. BURSON, CRYSTAL A. BRISCOE, BEAU M. SMITHSR, NORRIS D. JACKSON,** § § § § § § § § | | |
| **Defendants.** § | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On April 29, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 38), recommending that the above-styled civil action be dismissed with prejudice for purposes of proceeding *in forma pauperis* as frivolous and for failure to state a claim upon which relief may be granted. Plaintiff acknowledged receipt of this Report and Recommendation no later than May 15, 2019. (Doc. No. 41.) No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 38) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report be **ADOPTED** and that the above-styled civil action be **DISMISSED WITH PREJUDICE** for purposes of

proceeding *in forma pauperis* as frivolous and for failure to state a claim upon which relief may be granted.

**SIGNED this the 17th day of June, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE